# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

In re:  Arthur Lee Campbell, Jr.　　　　　　　Case No:   18-30944
　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

---

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

| **Debtor Name and Address** | **Amount of Dividend** |
|---|---|
| Arthur Lee Campbell, Jr.<br>3641 Wood Dale Road<br>Chester, VA 23831 | $1,000.00 |

Date:  <u>09-25-19</u>　　　　　　　　　　　　　　/s/Carl M. Bates
　　　　　　　　　　　　　　　　　　　　　　　Carl M. Bates
　　　　　　　　　　　　　　　　　　　　　　　Chapter 13 Trustee